Michael S. Myers, SBN 305011
Sara Shahbazi, SBN 351498
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350
E-mail: myersm@ballardspahr.com
       shahbazis@ballardspahr.com

*Attorneys for Arixa Capital Corporation, servicer for Churchill MRA Funding I LLC*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Mitra Sara Zall,<br><br>Debtor. | Case No.: 2:25-bk-15221-BB<br><br>Chapter 7<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT ROADES IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

I, Robert Roades, declare as follows,

1.     I am over 18 years of age and I am the Vice President of Risk Management at Arixa Capital Corporation ("Servicer"), the servicer for Churchill MRA Funding I LLC (the "Lender"). The following facts are of my own personal knowledge, except those stated upon information and belief, and as to all such facts stated upon information and belief, I am informed and believe that the same are true. If called as a witness, I could and would competently testify to the truth of the following facts. This declaration is made in support of Lender's Motion for Relief from the Automatic Stay.

2.     I am one of the custodians of the books, records, and files of Servicer, on behalf of Lender, as to those books, records, and files that pertain to this Property (as defined below). I have personally worked on books, records, and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Servicer, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Servicer's business at or near the time of the acts, conditions, or events to which

1

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

they relate.  Any such document was prepared in the ordinary course of business of Servicer by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.  The business records are available for inspection and copies can be submitted to the court if required.

3.    On or about July 15, 2021, Crosswind Mortgage REIT, L.P. ("Original Lender") made a loan in the original principal amount of $6,200,000.00 (the "Loan") to 155 N Anita, LLC ("Borrower"), as evidenced by the Secured Note dated of even date (the "Note").  A true and correct copy of the Note is attached to the Real Property Declaration ("Roades Decl.") as Exhibit A.

4.    The Loan is secured by a Deed of Trust dated as of July 15, 2021, recorded in the Official Records of the County of Los Angeles, State of California as Instrument Number 20211138740 (as the same may be amended or modified from time to time, the "Deed of Trust"), encumbering real property located at 155 North Anita Avenue, Los Angeles, California 90049 (the "Property").  *See* Roades Decl., Exhibit B.  The Note, the Deed of Trust, and any related documents or instruments executed in connection with the Loan are referred to collectively as the "Loan Documents."

5.    On or about June 27, 2022, Original Lender assigned the Loan to Crosswind QRS 1 ("Second Lender") pursuant to that certain assignment recorded on June 27, 2022 in the Official Records of the County of Los Angeles, State of California as Instrument Number 20220669161 (the "First Assignment").  A true and correct copy of the First Assignment is attached hereto as Exhibit D.  On or about November 1, 2023, Second Lender entered into that certain Modification of Note and Deed of Trust Agreement with Borrower, which among other things increased the principal amount of the Loan to $8,000,000.00.

6.    On or about September 13, 2023, Second Lender assigned the Loan to Crosswind QRS3, LLC (the "Third Lender") pursuant to that certain assignment recorded on September 20, 2023 in the Official Records of the County of Los Angeles, State of California as Instrument Number 20230631295 (the "Second Assignment").  A true and correct copy of the Second Assignment is attached hereto as Exhibit E.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

**SUPPLEMENTAL DECLARATION OF ROBERT ROADES IN SUPPORT OF MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

7.      On or about September 13, 2023, Third Lender assigned the Loan to Churchill MRA Funding I LLC pursuant to that certain assignment recorded on July 29, 2024 in the Official Records of the County of Los Angeles, State of California as Instrument Number 20240503050 (the "Third Assignment").  A true and correct copy of the Third Assignment is attached hereto as Exhibit F.

8.      Borrower defaulted on its obligations under the Note and related loan documents and consequently, on March 26, 2025, Lender recorded a Notice of Default and Election to Sell Under Deed of Trust (the "Notice of Default") in the Official Records of Los Angeles County as Instrument No. 20250194358.  A true and correct copy of the Notice of Default is attached here as Exhibit G.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 4th day of August, 2025, in Rancho Santa Margarita, California.

_____
Robert Roades

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

3

**SUPPLEMENTAL DECLARATION OF ROBERT ROADES IN SUPPORT OF MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

# Exhibit D



**This page is part of your document - DO NOT DISCARD**



## 20220669161



**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**06/27/22 AT 02:24PM**

**Pages:
0003**

| | |
|---|---|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 100.00 |



**L E A D S H E E T**

202206270260053

**00022488208**

013495785

**SEQ:
01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**

E441968

Assignment QAC - 155 N.

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Crosswind Mortgage REIT, L.P.
10960 Wilshire Blvd., Suite 1050
Los Angeles, CA 90024

RE: 155 North Anita Avenue, Los Angeles, California 90049

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to Crosswind QRS 1, a California Corporation, an undivided 100% interest under that certain Deed of Trust dated July 15, 2021 executed by 155 N Anita, LLC, a California Limited Liability Company, Trustor, to Fidelity National Title, Trustee, and recorded as Instrument No. 20211138740 on July 23, 2021 of Official Records in the office of Los Angeles County, California, describing land therein as:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LOS ANGELES, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 148 OF TRACT NO. 5666, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 65, PAGES 78 AND 79 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM; ALL 0TH, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS, ALL OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER NAME KNOWN, AND ALL WATER, CLAIMS OR RIGHTS TO WATER, TOGETHER WITH APPURTENANT RIGHTS THERETO, WITHOUT, HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING ABOVE A DEPTH OF (NOT SHOWN) FEET, AS EXCEPTED OR RESERVED BY DEED RECORDED IN BOOK 1957, PAGE 295, OFFICIAL RECORDS.

APN #: 4405-008-003

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust and said Assignment of Deed of Trust.

Date: June 21, 2022

Crosswind Mortgage REIT, L.P., a Delaware Limited Partnership

By: Crosswind Venture, LLC, a Delaware Limited Liability Company
Title: General Partner

By: Arixa Management, LLC, a California Limited Liability Company
Title: Manager

By: _____
Name: Gregory S. Hebner
Title: Agent for Jan B. Brzeski, Manager

1

A notary public or other officer completing this
certificate verifies only the identity of the
individual who signed the document to which this
certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

STATE OF CALIFORNIA          )
COUNTY OF *Los Angeles*      )

On *June 21*_____, *2022* before me *Desiree C. Reyes*_____, Notary
Public, personally appeared *Gregory S. Hebner*_____ who proved to me on the
basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to
me that he or she executed the same in his or her authorized capacity, and that by his or her signature on the instrument
the person or entity upon behalf of which the person acted executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true
and correct.

WITNESS my hand and official seal.

Signature: _____

DESIREE C. REYES
Notary Public - California
Los Angeles County
Commission # 2276353
My Comm. Expires Feb 2, 2023

2

# Exhibit E



**This page is part of your document - DO NOT DISCARD**



## 20230631295





**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**09/20/23 AT 03:47PM**

| | |
|---|---|
| FEES: | 20.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 95.00 |



**L E A D S H E E T**

**202309201070025**

**00023793712**

**014286398**

**SEQ:**
**01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**

*E650375*

**Assign DOT (CHOG) - 155 N**

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Crosswind QRS 1
10960 Wilshire Blvd., Suite 1050
Los Angeles, CA 90024

RE: 155 North Anita Avenue, Los Angeles, California 90049

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to Crosswind QRS3, LLC, a Delaware Limited
Liability Company, an undivided 100% interest under that certain Deed of Trust dated July 15, 2021 executed by 155 N
Anita, LLC, a California Limited Liability Company, Trustor, to Fidelity National Title, Trustee, and recorded as Instrument
No. 20211138740 on July 23, 2021 of Official Records in the office of Los Angeles County, California, describing land
therein as:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LOS ANGELES, IN THE
COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 148 OF TRACT NO. 5666, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF
CALIFORNIA, AS PER MAP RECORDED IN BOOK 65, PAGES 78 AND 79 OF MAPS, IN THE OFFICE OF THE
COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM: ALL 0TH. OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS, ALL
OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER NAME KNOWN, AND ALL WATER, CLAIMS
OR RIGHTS TO WATER, TOGETHER WITH APPURTENANT RIGHTS THERETO, WITHOUT, HOWEVER,
ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE
LYING ABOVE A DEPTH OF (NOT SHOWN) FEET, AS EXCEPTED OR RESERVED BY DEED RECORDED
IN BOOK 1957, PAGE 295, OFFICIAL RECORDS.

APN #: 4405-008-003

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest,
and all rights accrued or to accrue under said Deed of Trust and said Assignment of Deed of Trust.

Date: September 13, 2023

Crosswind QRS 1, a California Corporation

By: _____ $S 1 } L$
Name: Gregory S. Hebner
Title: Authorized Signatory

1

A notary public or other officer completing this
certificate verifies only the identity of the
individual who signed the document to which this
certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

STATE OF CALIFORNIA             )
COUNTY OF LOS ANGELES           )

On *September 14, 2023*, before me *Desiree C. Reyes*, Notary
Public, personally appeared *Gregory S. Hibner* who proved to me on the
basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged
to me that he or she executed the same in his or her authorized capacity, and that by his or her signature on the
instrument the person or entity upon behalf of which the person acted executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.

Signature: _____

DESIREE C. REYES
Notary Public - California
Los Angeles County
Commission # 2443954
My Comm. Expires Apr 11, 2027

2

# Exhibit F



**This page is part of your document - DO NOT DISCARD**





## 20240503050

**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**07/29/24 AT 11:48AM**

| | |
|---|---:|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 100.00 |



**L E A D S H E E T**



**202407290980029**

**00024654957**



**014809005**

**SEQ:**
**01**

SECURE - Daily



**THIS FORM IS NOT TO BE DUPLICATED**

*E248911*



709000143 AOM to MRA

**FOR REFERENCE ONLY: 20240503050**

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Churchill Real Estate
1415 Vantage Park Drive, Suite 240
Charlotte, North Carolina 28203

RE: 155 North Anita Avenue, Los Angeles, California 90049

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ASSIGNMENT OF DEED OF TRUST

FOR    VALUE    RECEIVED,    the    undersigned    grants,    assigns    and    transfers    to
_Churchill MRA Funding I LLC_____, an undivided 100% interest under that
certain Deed of Trust dated July 15, 2021 executed by 155 N Anita, LLC, a California Limited Liability Company, Trustor,
to Fidelity National Title, Trustee, and recorded as Instrument No. 20211138740 on July 23, 2021 of Official Records in the
office of Los Angeles County, California, describing land therein as:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LOS ANGELES, IN THE
COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 148 OF TRACT NO. 5666, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF
CALIFORNIA, AS PER MAP RECORDED IN BOOK 65, PAGES 78 AND 79 OF MAPS, IN THE OFFICE OF THE
COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM; ALL 0TH, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS, ALL
OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER NAME KNOWN, AND ALL WATER, CLAIMS
OR RIGHTS TO WATER, TOGETHER WITH APPURTENANT RIGHTS THERETO, WITHOUT, HOWEVER,
ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE
LYING ABOVE A DEPTH OF (NOT SHOWN) FEET, AS EXCEPTED OR RESERVED BY DEED RECORDED
IN BOOK 1957, PAGE 295, OFFICIAL RECORDS.

APN #: 4405-008-003

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest,
and all rights accrued or to accrue under said Deed of Trust and said Assignment of Deed of Trust.

1

7090000142

Date: September 13, 2023

Crosswind QRS3, LLC, a Delaware Limited Liability Company

By: Crosswind Venture, LLC, a Delaware Limited Liability Company
Its: Manager

By: Arixa Management, LLC, a California Limited Liability Company
Its: Manager

By: _____
Name: Gregory S. Hebner

Title: Agent for Jan B. Brzeski, Manager

> A notary public or other officer completing this
> certificate verifies only the identity of the
> individual who signed the document to which this
> certificate is attached, and not the truthfulness,
> accuracy, or validity of that document.

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

On September 14, 2023, before me Desiree C. Reyes ——, Notary
Public, personally appeared Gregory S. Hebner —— who proved to me on the
basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged
to me that he or she executed the same in his or her authorized capacity, and that by his or her signature on the
instrument the person or entity upon behalf of which the person acted executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.

Signature: _____

DESIREE C. REYES
Notary Public - California
Los Angeles County
Commission # 2443954
My Comm. Expires Apr 11, 2027

2

# Exhibit G



**This page is part of your document - DO NOT DISCARD**



# 20250194358

**Pages:**
**0006**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**03/26/25 AT 02:31PM**

| | |
|---|---|
| FEES: | 41.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 116.00 |



**L E A D S H E E T**

**202503260110131**

**00025342996**

**015211949**

**SEQ:**
**01**

**SECURE - Daily - Time Sensitive**



**THIS FORM IS NOT TO BE DUPLICATED**



25-00102-2FN7 NOD

*E442318*

**FOR REFERENCE ONLY: 20250194358**

Recording Requested By

Simplifile

and When Recorded Mail to:

FIDELITY NATIONAL TITLE COMPANY
5170 Golden Foothill Parkway, Suite 130
El Dorado Hills, CA  95762

Trustee Sale No: 25-00102-2FNT
Loan No: ******143/155 N Anita, LLC
APN Number: 4405-008-003

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

*(The above statement is made pursuant to CA Civil Code §2923.3(c)(1). The Summary will not be recorded pursuant to CA Civil Code §2923.3(a). It will be mailed to the Trustor(s) and/or vested owner(s) only, pursuant to CA Civil Code §2923.3(c)(2).)*

### IMPORTANT NOTICE

See Exhibit 'A' attached hereto and made a part hereof

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you** may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property.  No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is **$10,273,674.26 as of March 26, 2025**, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage.  If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account

in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

Churchill MRA Funding I LLC
c/o Arixa Capital Corporation as Servicer
Attn: Amy Geimer
10960 Wilshire Boulevard, Suite 1050
Los Angeles, CA 90024
Phone: 310-905-1050

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

**REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**NOTICE IS HEREBY GIVEN:** That default has been declared by Churchill MRA Funding I LLC, the current beneficiary under that certain DEED OF TRUST, ASSIGNMENT OF LEASES AND RENTS, FIXTURE FILING, AND SECURITY AGREEMENT dated as of July 15, 2021, executed by 155 N Anita, LLC, a California Limited Liability Company, as trustor (the "Original Trustor"), to secure obligations in favor of Crosswind Mortgage REIT, L.P. a Delaware Limited Partnership, as beneficiary (the "Original Beneficiary"), recorded on July 23, 2021, as Instrument No. 20211138740 of official records in the office of the Recorder of Los Angeles County, California (the "Original Deed of Trust"), and that

The Original Deed of Trust together with 1) that certain MODIFICATION OF NOTE AND DEED OF TRUST AGREEMENT dated as of May 8, 2023, recorded in the official records in the office of the Recorder of Los Angeles County, California on May 15, 2023, as Instrument No. 20230315314, and 2) that certain THIRD MODIFICATION OF NOTE AND DEED OF TRUST AGREEMENT dated as of February 20, 2024, recorded in the official

records in the office of the Recorder of Los Angeles County, California on February 26, 2024, as Instrument No. 20240122519, and any modifications thereto are collectively referred to herein from time to time as the "Deed of Trust", and that

The Deed of Trust encumbers certain property more particularly described therein (the "Trust Property"), and that

The Deed of Trust secures the payment of and the performance of certain obligations, including but not limited to, the obligations set forth in that certain SECURED NOTE with a face amount of $6,200,000.00 (the "Original Note"), and that

The Original Note, together with all renewals of, extensions of, modifications of, refinancing of, consolidations of, and substitutions for the Original Note are collectively referred to herein from time to time as the "Note", and that

The Note and any other documents evidencing the obligations secured by the Deed of Trust, together with any modifications thereto, are collectively referred to herein from time to time as the "Secured Obligations", and that

The term "Trustor" as used herein shall mean either the Original Trustor under the Deed of Trust or, if applicable, its successors in interest, and that

The term "Trustee" as used herein shall mean the Original Trustee under the Deed of Trust or, if applicable, its successors in interest, and that

The term "Beneficiary" as used herein shall mean the Original Beneficiary under the Deed of Trust or, if applicable, its successors in interest, and that

Capitalized terms not defined herein shall have the same meaning as those in the Note, Secured Obligations, the Deed of Trust and/or any other loan documents, and that

A breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the Trustor has failed to perform obligations pursuant to or under the Secured Obligations and/or the Deed of Trust, specifically: failed to pay the balance of the principal sum which became due upon maturity; together with late charges due; together with interest and default interest due thereon; failed to pay, when due, and/or provide evidence of payment of real and/or personal property taxes, together with interest and/or penalties due thereon; together with other fees and expenses incurred by the Beneficiary; and that

The Trustor has failed, or shall hereafter fail, to pay all other and subsequent interest and/or principal together with late charges and/or default interest and/or any and all other obligations and indebtedness as may become due under the terms of or under the Secured Obligations and/or Deed of Trust and not performed and/or paid including, without limitation, reimbursement to the Beneficiary and/or the Trustee of any of the following fees, costs and expenses heretofore or hereafter incurred, suffered or paid by the Beneficiary and/or the Trustee in connection with the Secured Obligations and/or Deed of Trust, the Trustor or the Trust Property:

1. Attorneys' fees and costs including, without limitation, those incurred in connection with foreclosure of the Deed of Trust, appointment of a receiver with respect to the Trust Property, litigation over the amount, validity, enforcement or priority of the Secured Obligations and/or Deed of Trust, or commencement of an

action or proceeding for relief from any bankruptcy court or other judicial or administrative stay, order or injunction, and all other such matters;

2. Real and/or personal property taxes, or payments under or with respect to prior or junior liens or encumbrances, insurance premiums and all other such matters;

3. Protection, preservation, repairs, restoration or completion of the Trust Property, and all other such matters;

4. Compliance with any applicable laws, regulations or orders, and all other such matters;

5. Trustee's fees, trustee's sale guarantee premiums, and other foreclosure costs, and all other such matters; and that

It is the intention of the Beneficiary to include herein all delinquent sums or obligations now or hereafter secured by and under the Deed of Trust, whether presently known or unknown, and whether or not specifically set forth herein, and that

By reason thereof, the Beneficiary has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the Trust Property to be sold to satisfy the obligations secured thereby.

Date: March 26, 2025                                      TS #:25-00102-2FNT

FIDELITY NATIONAL TITLE COMPANY, Trustee

Katy Holdeman, Authorized Signor

Docusign Envelope ID: 4F772ED1-45B7-449F-9D53-C6F65E07D8BF

```
Exhibit 'A'
```

# DECLARATION OF MORTGAGE SERVICER
# PURSUANT TO CIVIL CODE § 2923.55(c)

Borrower(s): 155 N Anita, LLC, a California Limited Liability Company,
Mortgage servicer: Churchill MRA Funding I LLC
Property Address: 155 North Anita Ave, Los Angeles, CA 90049
Loan No: ******143/155 N Anita, LLC
T.S. No: 25-00102-2FNT

The undersigned, as an authorized agent or employee of the mortgage servicer named below, declares that:

1. ☐ The mortgage servicer has contacted the borrower pursuant to California Civil Code § 2923.55(b)(2) "to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure" and provided the borrower with the information required pursuant to California Civil Code § 2923.55(b)(2)(A) and (B). Thirty (30) days, or more,  have passed since the initial contact was made.

2. ☐ The mortgage servicer has exercised due diligence to contact the borrower pursuant to California Civil Code § 2923.55(f) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure" and provided the borrower with the information required pursuant to California Civil Code § 2923.55(f)(1)(A) and (B). Thirty (30) days, or more, have passed since these due diligence efforts were satisfied.

3. ☐ No contact was required by the mortgage servicer because the individual(s) did not meet the definition of "borrower" pursuant to subdivision (c) of California Civil Code § 2920.5.

4. ☑ The requirements of California Civil Code § 2923.55 do not apply because the borrower, mortgage/deed of trust or real property does not meet the criteria described in California Civil Code § 2924.15.

I certify that this declaration is accurate, complete and supported by competent and reliable evidence which the mortgage servicer has reviewed to substantiate the borrower's default and the right to foreclose, including the borrower's loan status and loan information.

Dated: _____3/25/2025_____

Churchill MRA Funding I LLC, a Delaware Limited Liability Company

By: Arixa Capital Corporation, a California Corporation
Title: Servicer

DocuSigned by:

*Amy Geimer*
01B51E441CA64F2...

By: Amy Geimer

Its: Loan Servicing Manager