# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

601 SW Second Avenue, Suite 2100, Portland, Oregon 97204

A true and correct copy of the foregoing documents entitled (*specify*):

1. **Notice of Motion and Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (with supporting declarations) (Real Property)**
2. **Memorandum of Points and Authorities in Support of Motion for Relief From the Automatic Stay**
3. **Supplemental Declaration of Robert Roades in Support of Motion for Relief From the Automatic Stay**
4. **[Proposed] Order Granting Motion For Relief From The Automatic Stay Under 11 U.S.C. § 362 (Real Property)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 6, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Sanaz Sarah Bereliani**    berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com
- **Wesley H Avery (TR)**    wes@averytrustee.com, C117@ecfcbis.com, lucy@averytrustee.com, lupe@averytrustee.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**  dwood@marshackhays.com, dwood@ecf.courtdrive.com, lbuchananmh@ecf.courtdrive.com, spineda@ecf.courtdrive.com, alinares@ecf.courtdrive.com
- **Byron Z Moldo** - bmoldo@ecjlaw.com, aantonio@ecjlaw.com, dperez@ecjlaw.com
- **Jeffrey L Sumpter** - jsumpter1@cox.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 6, 2025, I caused the following persons and/or entities to be served at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY OVERNIGHT MAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 6, 2025, I caused the following persons and/or entities to be served by overnight mail service. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Sheri Bluebond**, Suite #1534, LOS ANGELES DIVISION, U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 6, 2025 | Stuart Wylen | */s/ Stuart Wylen* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Ervin Cohen & Jessup LLP               MENCHACA & COMPANY LLP CPA
0973-2                                    Ervin Cohen Jessup                     Attn: Jeffrey Sumpter
Case 2:25-bk-15221-BB                     9401 Wilshire Boulevard                835 WILSHIRE BLVD., STE. 300
Central District of California            12th Floor                             LOS ANGELES, CA 90017-2655
Los Angeles                               12th Floor
Mon Aug  4 11:54:04 PDT 2025              Beverly Hills, CA 90212-2944

United States Trustee (LA)                Los Angeles Division                   Air Plus HVAC
915 Wilshire Blvd, Suite 1850             255 East Temple Street,                7344 Hinds Avenue
Los Angeles, CA 90017-3560                Los Angeles, CA 90012-3332             Panorama City, CA 91402


Allied Design & Remodeling, Inc.          Amex                                   Amex
14111 S. Main St. Unit B                  Correspondence/Bankruptcy              P.o. Box 981537
Los Angeles, CA 90061-2136                Po Box 981535                          El Paso, TX 79998-1537
                                          El Paso, TX 79998-1535


Anahita Mohammadi                         Arixa Capital                          Chase Card Services
5410 Residencia                           10960 Wilshire Blvd, #1050             Attn: Bankruptcy
Newport Beach, CA 92660-9046              Los Angeles, CA 90024-3721             P.O. 15298
                                          [crossed out]                          Wilmington, DE 19850-5298


Chase Card Services                       Citibank                               Citibank
Po Box 30281                              Attn: Bankruptcy Department            Po Box 6217
Salt Lake City, UT 84130-0281             P.O.Box 790046                         Sioux Falls, SD 57117-6217
                                          St. Louis, MO 63179-0046


Comenitycapital/saksmc                    Ervin Cohen & Jessup, LLP              H.R.L. Painting Services, LLC
Po Box 182120                             9401 Wilshire Blvd. 12th Floor         15204 Marson St.
Columbus, OH 43218-2120                   Beverly Hills, CA 90212-2944           Panorama City, CA 91402-4419


Hunt & Henriques                          Intex Design and Construction Inc.     JPMorgan Chase Bank, N.A.
7017 Realm Drive                          15021 Ventura Blvd., Ste 520           s/b/m/t Chase Bank USA, N.A.
San Jose, CA 95119-1491                   Sherman Oaks, CA 91403-2442            c/o National Bankruptcy Services, LLC
                                                                                 P.O. Box 9013
                                                                                 Addison, Texas 75001-9013


Law Offices of Roland R. Tijerina         Law office of Steven A. Booska         Leib Solutions, LLC
2000 E 4th Street, Suite 120              PO Box 2169                            P.O. Box 22
Santa Ana, CA 92705-3907                  Oakland, CA 94621-0069                 Maple Shade, NJ 08052-0022


Levinson Arshonsky Kurtz & Komsky,        Lobat Shabanpour                       (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
15303 Ventura Blvd. Suite 165             4872 El-Grande Place                   ATTN BANKRUPTCY UNIT
Sherman Oaks, CA 91403-3110               El Sobrante, CA 94803-3265             PO BOX 54110
                                                                                 LOS ANGELES CA 90054-0110


Lyons Plastering & Stucco, Inc            Marjon Shabanpour                      RFNR, LLP
23638 Lyons Ave., #204                    1676 Olympus Loop Dr.                  5757 Wilshire Blvd, Suite 937
Newhall, CA 91321-2513                    Vista, CA 92081-5444                   Los Angeles, CA 90036-3689
```

| | | |
|---|---|---|
| Roberts Home Audio & Video, Inc<br>Attn: Derek Eitel, VP<br>1611 S. La Cienega Blvd<br>Los Angeles, CA 90035-4509 | SBH Inc<br>8267 Marmay Pl<br>Sun Valley, CA 91352-3920 | Superior Court of CA - Santa Monica<br>1725 Main St<br>Case 24SMCV06349<br>Santa Monica, CA 90401-3274 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Po Box 71757<br>Philadelphia, PA 19176-1757 | Zoya Shahkarami<br>6255 Woodland Dr<br>Dallas, TX 75225-2838 |
| lobate Shabanpour<br>4872 El Grande Pl<br>El Sobrante Public, CA 94803-3265 | Mitra Sara Zall<br>149 S. Barrington Ave #151<br>Los Angeles, CA 90049-3310 | Sanaz Sarah Bereliani<br>Bereliani Law Firm, PC<br>12100 Wilshire Blvd, 8th Floor<br>Los Angeles, CA 90025-7132 |
| Wesley H Avery (TR)<br>758 E. Colorado Blvd., Suite 210<br>Pasadena, CA 91101-5407 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Los Angeles County Treasurer -
Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Bahman J. Zall | (d)RFNR, LLP<br>5757 Wilshire Blvd., Suite 937<br>Los Angeles, CA 90036-3689 |

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42